IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 13-00319-CV-W-SOW |
| ) | |
| BENTON COUNTY SEWER DISTRICT ) | |
| NO. 1 OF BENTON COUNTY, MISSOURI ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court are the Voter's Representative Group's Motion to Intervene (Doc. #28) and their Motion for Leave to Amend Motion to Intervene (Doc. #47). The proposed intervenors filed a *pro se* motion seeking to intervene in this lawsuit on May 23, 2013. They obtained counsel on June 18, 2013. Counsel now moves for leave to file an amended Motion to Intervene and to file an Answer. The Court will allow the proposed intervenors to file an amended Motion to Intervene, but they cannot file an Answer until they are made parties to this case.

Accordingly, it is hereby

ORDERED that the Voter's Representative Group's Motion to Intervene (Doc. #28) is denied as moot. It is further

ORDERED that the Motion for Leave to Amend Motion to Intervene (Doc. #47) is granted in part. Counsel shall file the amended motion within two (2) days of this Order.

        /s/ Scott O. Wright
        SCOTT O. WRIGHT
        Senior United States District Judge

Dated: August 6, 2013