IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 13-00319-CV-W-SOW |
| ) | |
| BENTON COUNTY SEWER DISTRICT NO. 1 ) | |
| OF BENTON COUNTY, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court are George Hall's Motion Requesting the Court to Reconsider It's [sic] Order Denying Motion to Disqualify Counsel Or in the Alternative Notice of Appeal (Doc. #40) and George Hall's Second Motion to Intervene (Doc. #41).

George Hall asks the Court to reconsider its previous Order denying his motion to disqualify Charles Weedman. George Hall also moves to intervene in this lawsuit again. The Court stands by its ruling denying George Hall's motion to disqualify Mr. Weedman as well as its ruling denying Mr. Hall permission to intervene in this lawsuit (*see* Doc. #37).

Accordingly, it is hereby

ORDERED that George Hall's Motion Requesting the Court to Reconsider It's [sic] Order Denying Motion to Disqualify Counsel Or in the Alternative Notice of Appeal (Doc. #40) is denied. It is further

ORDERED that George Hall's Second Motion to Intervene (Doc. #41) is denied.

/s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: August 6, 2013